PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Anthony Govan                                               Case Number:   20-CR-71-01-JL

Name of Sentencing Judicial Officer:     Honorable Joseph N. Laplante

Date of Original Sentence:     08/22/2023

Original Offense:   Possession with Intent to Distribute Controlled Substances

Original Sentence:    24 months of imprisonment; 3 years of supervised release

Revocation:              N/A

Type of Supervision:    Supervised release         Date Supervision Commenced:     04/10/2024

Assistant U.S. Attorney:   Kasey E. Weiland, Esq.         Defense Attorney:   Behzad Mirhashem, Esq.

**PETITIONING THE COURT**

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition** #1:  <u>You must report to the probation office in the federal district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different office or within a different time frame</u>.  On April 10, 2024, the defendant was released from the Federal Bureau of Prisons (BOP) and failed to report to any U.S. Probation Office thereafter.<br><br>Evidence in support of this charge includes 1) the probation officer's testimony that the defendant failed to report to the probation office after his release from imprisonment; and 2) correspondence from a BOP Case Manager which lists that the defendant was directed to report to the probation office within 72 hours after his release from imprisonment. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/*Steven R. Seero*
Steven R. Seero
Supervisory U.S. Probation Officer
603-226-7318
Date: 04/15/2024

Reviewed & Approved by:

/s/*Scott M. Davidson*
Scott M. Davidson
Supervisory U.S. Probation Officer
603-225-1515

---

THE COURT ORDERS:

☐ No action

☐ The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

_____
Signature of Judicial Officer

_____
Date